IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the MID-AMERICAN CARPENTERS REGIONAL COUNCIL HEALTH FUND et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 24-cv-03044 |
| | ) | Judge Valderrama |
| v. | ) ) | |
| NU VETERANS CONSTRUCTION SERVICES, INC., | ) ) | |
| Defendants. | ) | |

## Motion to Reinstate and for Judgment

Plaintiffs, by its attorney, Daniel P. McAnally, move this Honorable Court to reinstate this case and enter judgment and in support state:

1. This is an ERISA trust fund case for delinquent contributions.

2. On September 12, 2024, this case was dismissed with leave to reinstate by January 18, 2025, pursuant to the settlement of the parties. (Exhibit A, Notification of Docket Entry#17)

3. The Plaintiffs and Defendant entered into a settlement agreement, whereby the Defendant agreed to pay $87,634.03 in partial payments, Exhibit B, paragraph 2. If the Defendant defaulted on the payments, the Plaintiffs retained the right to reinstate this case and enter judgment for the balance owed on the payment arrangement plus any additional contributions owed, accrued interest, accrued liquidated damages and the attorney fees in the enforcement of the settlement agreement, Exhibit B, paragraph 5.

4. The Defendant defaulted on the Agreement by both failing to make payments on the agreed amount and remaining current on its monthly reporting and

payment obligations to the Trust Funds. As a result of the default the Defendant now owes the Plaintiffs $113,930.41 which represents the balance due on the agreement plus additional delinquent contributions and accrued interest, accrued liquidated damages and attorney fees. (See Declarations, Exhibits C and D.)

     5.     Given that the Defendant owes delinquent contributions, it must pay interest, the greater of interest on the delinquencies or statutory liquidated damages as provided in the applicable Trust Agreements, reasonable attorneys' fees, costs and any other appropriate legal or equitable relief.  ERISA, §502(g)(2), 29 U.S.C. (g)(2); *Operating Engineers Local 139 v. Gustafson Construction*, 258 F. 3d 652, 654 (7th Cir. 2001).  An award of these amounts is mandatory in an action to collect delinquent contributions, *Central States Pension Fund v. Gerber Truck Service, Inc.*, 870 F.2d at 1156 (7th Cir. 1989) (en banc).

     WHEREFORE, Plaintiffs pray that this case be reinstated and that judgment be entered against Nu Veterans Construction Services, Inc. in the amount of $113,930.41.

     Respectively submitted,

     /s/ Daniel P. McAnally

     *Attorney for Plaintiffs*

     McGann, Ketterman & Rioux
     111 E. Wacker Drive
     Suite 2300
     Chicago, IL 60601
     (312) 251-9700
     dmcanally@mkrlaborlaw.com